IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LITE-NETICS, LLC,<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>NU TSAI CAPITAL LLC, d/b/a HOLIDAY BRIGHT LIGHTS,<br><br>Defendant/Counterclaimant. | NO. 8:22CV314<br><br>ORDER |

This case is before the Court on Lite-Netics's October 7, 2022, Motion for Leave to File Sur-reply Brief to Nu Tsai's Motion for Temporary Restraining Order and Preliminary Injunction. Filing 23. The Motion is denied.

Dated this 7th day of October, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge