IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LITE-NETICS, LLC,<br><br>    Plaintiff/Counter-Defendant,<br><br>vs.<br><br>NU TSAI CAPITAL LLC, d/b/a HOLIDAY BRIGHT LIGHTS,<br><br>    Defendant/Counterclaimant. | NO. 8:22CV314<br><br>ORDER RESETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION<br>AND<br>EXTENDING TEMPORARY RESTRAINING ORDER |

  This matter is before the Court on the parties' Joint Consent Motion/Stipulation to Move Preliminary Injunction Hearing Date and Extend TRO. Filing 29. Owing to scheduling conflicts, and in the interests of justice, the parties request modification of the hearing date and briefing schedule on the pending Motion for Preliminary Injunction, Filing 12. The Court finds good cause for the requested scheduling modifications and extension of the TRO.

  IT IS ORDERED THAT the parties' Joint Consent Motion/Stipulation to Move Preliminary Injunction Hearing Date and Extend TRO, Filing 29, is granted as follows:

  1.  The hearing on Defendant's Motion for Preliminary Injunction, Filing 12, is rescheduled for Monday, October 24, 2022, at 2:30 p.m. CDT;

  2.  Any additional evidence to be considered, along with any additional briefing, if needed, must be filed by 5:00 p.m. CDT on October 17, 2022;

  3.  Any reply briefs to the October 17, 2022, filings are limited to five (5) pages and must be filed by 5:00 p.m. CDT on October 20, 2022;

  4.  Any request for live witnesses shall be made no later than October 16, 2022, at 5:00 p.m. CDT, stating why live witnesses are necessary and why affidavit evidence is not sufficient;

5. The forty-five minute limit set out in Filing 27 shall remain in effect for the hearing; and

6. The Court's Order Setting Hearing on Motion for Preliminary Injunction will remain in effect in all other respects.

IT IS FURTHER ORDERED that the Temporary Restraining Order, Filing 26, shall remain in effect for at least a portion of a second 14-day period, such that it will expire automatically at the conclusion of the reset October 24, 2022, hearing, unless otherwise extended on the record during the hearing of the matter, or addressed by Order of the Court.

Dated this 12th day of October, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge