# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LITE-NETICS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NU TSAI CAPITAL LLC d/b/a HOLIDAY BRIGHT LIGHTS,<br><br>    Defendants. | Civil Action No. 8:22-cv-00314<br><br>**JURY TRIAL DEMANDED** |

## LITE-NETICS' MOTION TO STAY PRELIMINARY INJUNCTION WITH REQUEST FOR EXPEDITED BRIEFING AND CONSIDERATION

Lite-Netics seeks a stay of the Preliminary Injunction dated October 27, 2022, pending its appeal of the Preliminary Injunction with the Federal Circuit. Good cause exists for granting Lite-Netics' requested relief, and no substantial reason exists to deny its request. Accordingly, Lite-Netics respectfully requests that the Court grant this motion.

Dated: November 3, 2022

Respectfully submitted,

*s/ Vincent J. Allen*
Vincent J. Allen
Texas State Bar No. 24012209
J. Miguel Hernandez
Texas State Bar No. 24116512
CARSTENS, ALLEN & GOURLEY, LLP
7500 Dallas Pkwy, Suite 300
Plano, Texas 75024
(972) 367-2001
(972) 367-2002 Fax
allen@caglaw.com
hernandez@caglaw.com

**ATTORNEYS FOR PLAINTIFF
LITE-NETICS LLC**

2

## Certificate of Service

The undersigned attorney certifies that a true and correct copy of the foregoing document was served via CM/ECF electronic service to all counsel of record on the 3rd day of November, 2022.

*s/ Vincent J. Allen*
Vincent J. Allen
