IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LITE-NETICS, LLC,<br><br>   Plaintiff/Counter-Defendant,<br><br>vs.<br><br>NU TSAI CAPITAL LLC, d/b/a HOLIDAY BRIGHT LIGHTS,<br><br>   Defendant/Counterclaimant. | NO. 8:22CV314<br><br>ORDER SETTING DEADLINE FOR OPPOSTION TO PLAINTIFF/COUNTER-DEFENDANTS' MOTION TO STAY PRELIMINARY INJUNCTION |

  This action is before the Court on Lite-Netics's November 3, 2022, Motion to Stay Preliminary Injunction with Request for Expedited Briefing and Consideration. Filing 52. In its Motion, Lite-Netics asserts that there is good cause for a stay of the Court's October 27, 2022, Preliminary Injunction pending appeal to the Federal Circuit Court of Appeals and that there is no substantial reason to deny its request. As pertinent to this Order, Lite-Netics requests expedited briefing on its Motion, with any response filed by November 8, 2022, and a ruling by the Court by November 10, 2022.

  The Court deems the requested expedited deadline for a response to be reasonable under the circumstances. On the other hand, the Court does not ordinarily allow the parties to dictate when it will rule on pending Motions. While the Court appreciates the desire for expedited disposition of Lite-Netics's request for a stay, Lite-Netics provides no explanation for the requested deadline of November 10, 2022, for the Court's ruling. The parties must accept that the Court will give any Motion all due consideration, cognizant of circumstances warranting expedited relief. However, the Court has many obligations and many pending cases besides this one that it must prioritize. In the absence of a rule or statute requiring otherwise—and Lite-Netics cites none here—the Court will determine its own deadlines for rulings. In this case, the Court will expedite

1

a ruling on the pending Motion to the extent circumstances and the importance of the request at issue permit.

Accordingly,

IT IS ORDERED that HBL shall have to and including 5:00 p.m. on Tuesday, November 8, 2022, to file a brief in opposition to Lite-Netics's November 3, 2022, Motion to Stay Preliminary Injunction, Filing 52. The Court will thereafter rule on the Motion as expeditiously as circumstances permit.

Dated this 4th day of November, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge